Gerald Barrett (SB#: 005855)
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel:  602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com

Israel G. Torres (SB# 020303)
TORRES CONSULTING & LAW GROUP
209 E. Baseline Road
Suite E-102
Tempe, AZ 85283-1299
Tel:   602-626-8805
Fax:  602-626-8889
Email: Israel@thetorresfirm.com
*Attorneys for Plaintiffs*

John F. Lomax, Jr. (#020224)
Ashley Kasarjian (#025513)
SNELL & WILMER L.L.P.
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6305
Facsimile: (602) 382-6070
jlomax@swlaw.com
akasarjian@swlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM BRADY CASHMAN, *et. al.,*<br>             Plaintiffs,<br><br>v.<br><br>ARIZONA PUBLIC SERVICE COMPANY,<br><br>             Defendant. | Case No.: CV-11-153-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

1    Pursuant to LRCiv. 40.2 (d), the parties give notice that they reached terms of a
2 settlement on all issues. The parties will file a joint motion seeking Court approval of the
3 settlement on or before August 26, 2011. See, *Lynn's Food Stores, Inc. v. United States,*
4 679 F.2d 1350, 1352- 55 (11th Cir. 1982).

5    Respectfully submitted this 17th day of August 2011.

                            WARD, KEENAN & BARRETT, P.C.

                            By:   S/GERALD BARRETT
                                 GERALD BARRETT
                                 3838 N. Central Avenue, Ste.1720
                                 Phoenix, AZ 85012

                            TORRES CONSULTING & LAW GROUP

                            By:  S/ISRAEL G. TORRES
                                Israel G. Torres
                                209 E. Baseline Road
                                Suite E-102
                                Tempe, AZ 85283-1299
                             *Attorneys for Plaintiffs*

                            SNELL & WILMER L.L.P

                            By:    /s/ John F. Lomax, Jr.
                            John F. Lomax, Jr.
                            Ashley Kasarjian
                            One Arizona Center
                            400 East Van Buren
                            Phoenix, Arizona  85004-2202
                            *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

☒    I hereby certify that on August 17, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

/s/ Sally Thiffault

                                                                         _____